In the Matter of the Claim of Nicholas Glielmi, Respondent, against Netherland Dairy Co., Inc., Appellant.

State Industrial Board, Respondent.*

Per Curiam. It was for claimant to establish a contract of employment. The contract between the claimant and the Netherland Dairy Co., Inc., is written; it might be called a contract of bailment, or under it the parties might be common adventurers. (*Doggett* v. *Waterloo Taxicab Company*, 3 B. W. C. C. 371.) Or claimant might be an independent contractor. Whatever the relation of the parties is it is not one of employer and employee. (*Matter of Beach* v. *Velzy*, 238 N. Y. 100; *Matter of Litts* v. *Risley Lumber Co.*, 224 id. 321, 324.) Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur. Award reversed, and claim dismissed, with costs against the State Industrial Board.